TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00614-CR






Carl Edward Heiden Jr., Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT

NO. CR2006-386, HONORABLE JACK H. ROBISON, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant has filed a motion for extension of time to file his brief. We will grant the
extension and ORDER appellant to file his brief no later than September 19, 2008. No further
extensions will be granted.

 It is ordered September 4, 2008.



Before Chief Justice Law, Justices Puryear and Pemberton

Do Not Publish